# United States District Court

## WESTERN DISTRICT OF WASHINGTON

JEFREY AUSTIN COOK,

       v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

JUDGMENT IN A CIVIL CASE

Case No. C10-5202BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The R&R is **ADOPTED**; and

(2)    This action is **REVERSED** and **REMANDED** for further administrative proceedings.

| | |
|---|---|
| March 9, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |

_s/ Mary Trent_
Deputy Clerk